IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DARIEN HARRIS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 5:03-CR-84 (WDO) |
| | : | 5:05-CV-372 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent | : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to deny the habeas petition in this case because it was untimely filed. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and the habeas petition is DENIED.

SO ORDERED this 2nd day of August, 2006.

WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE